IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLETS E. BROWN,<br><br>        Plaintiff,<br><br>vs.<br><br>DIVERSIFIED FOODS AND SEASONINGS, INC.,<br><br>        Defendant. | CASE NO. 8:11CV322<br><br>MEMORANDUM<br>AND ORDER |

This matter is before the Court on the Defendant Diversified Foods and Seasonings, Inc.'s Motion in Limine (Filing No 45). The Motion is supported by a Brief (Filing No. 46) and Index of Evidence (Filing No. 47). The Plaintiff Charlets E. Brown has not opposed the Motion.

Accordingly,

IT IS ORDERED:

1. The Defendant Diversified Foods and Seasonings, Inc.'s Motion in Limine (Filing No 45) is granted;

2. The Plaintiff Charlets E. Brown is prohibited from offering evidence or argument at any stage of the trial regarding the subjects listed in paragraphs 1 through 19 of the Defendant's Motion in Limine; and

3. The additional requests presented by the Defendant in its Motion, seeking permission from the Court to offer certain evidence or arguments, or to make certain references to pretrial proceedings and orders, will be addressed at the time of trial, outside the presence of the jury.

Dated this 2nd day of November, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge