IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CHARLETS E. BROWN,**<br><br>　　　　　　**Plaintiff,**<br><br>　vs.<br><br>**DIVERSIFIED FOODS AND SEASONINGS, INC.,**<br><br>　　　　　　**Defendant.** | **CASE NO. 8:11CV322**<br><br>**ORDER AND<br>FINAL JUDGMENT** |

　　　　This matter is before the Court on the parties' Joint Stipulation to Dismiss With Prejudice (Filing No. 62).  The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved.  Each party will bear its own costs and attorneys' fees.  Accordingly,

　　　　IT IS ORDERED:

　　　　1.  The parties' Joint Stipulation to Dismiss With Prejudice (Filing No. 62) is approved;

　　　　2.  The Plaintiff's Complaint is dismissed with prejudice; and

　　　　3.  Each party will pay its own costs and attorneys' fees.

　　　　Dated this 7th day of March, 2013.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　　Chief United States District Judge